J. Curtis Edmondson, CSB# 236105
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418

Attorney for Defendant DOE 75.80.13.105

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.80.13.105,<br>Defendant. | Case No.: 17-cv-2315-MMA-AGS<br><br>**NOTICE OF APPEARANCE** |

Counsel for Defendant JOHN DOE subscriber assigned IP address 75.80.13.105 appears on his or her behalf.

Dated: <u>January 18, 2018</u>          Signed: _____
                                                                    J. Curtis Edmondson
                                                                    Attorney for Defendant

NOTICE OF APPEARANCE

Page 1