J. Curtis Edmondson, CSB# 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418

Attorney for Defendant JOHN DOE subscriber assigned
IP address 75.80.13.105,

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned<br>IP address 75.80.13.105,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 17-cv-2315-MMA-AGS<br><br>NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER<br><br>ORAL ARGUMENT REQUESTED<br><br>Hon. Andrew G. Schopler<br>Courtroom: 5th Floor (Schwartz)<br>Hearing Date: 2/27/2018<br>Hearing Time: 4pm |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY'S OF RECORD:**

Please take notice that Defendant JOHN DOE subscriber assigned IP address 75.80.13.105 will hereby moves that this Court dismiss this complaint and/or issue a protective order to prevent the identity of JOHN DOE subscriber assigned IP address 75.80.13.105 from being revealed on the Court Docket rather to continue as a "John Doe".

This motion is based on John Doe's rational expectation that his or her name not be connected with these salacious works and to avoid any settlement leverage that the Plaintiff may wish to extract by threatening to "reveal" his name.

The motion will be heard on January 7, 2013 in front of the Honorable Andrew G. Schopler , 5th Floor (Schwartz) Suite 516, 221 West Broadway San Diego, CA 92101(619) 557-

6480 at 4pm.  The requested relief will be based on this notion, the argument presented in the attached Memorandum, oral argument, and other pleadings filed with this Court.

Respectfully Submitted,

Dated: January 18, 2018               Signed: _____
                                                          J. Curtis Edmondson
                                                          Attorney for Defendant
                                                          JOHN DOE subscriber assigned
                                                          IP address 75.80.13.105