Kiren Rockenstein, CSB# 312301
J. Curtis Edmondson, CSB# 236105
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
kirenr@edmolaw.com
jcedmondson@edmolaw.com

Attorney for Defendant DOE 75.80.13.105

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned<br>IP address 75.80.13.105,<br><br>    Defendant. | Case No.: 17-cv-2315-MMA-AGS<br><br>**NOTICE OF APPEARANCE** |

Co-counsel for Defendant JOHN DOE subscriber assigned IP address 75.80.13.105 appears on his or her behalf.

Dated: February 02, 2018         Signed: _____

                                                      Kiren Rockenstein
                                                      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record in this matter.

Dated: February 02, 2018                    Signed: _____
                                                      Kiren Rockenstein
                                                      Attorney for Defendant