# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>    v.<br><br>John DOE subscriber assigned<br>IP address 75.80.13.105,<br>Defendant | Case No.: 17-cv-2315-MMA-AGS<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION FOR A PROTECTIVE<br>ORDER |

    Defendant's unopposed motion for a protective order (ECF No. 7) is granted. Strike 3 Holdings shall not disclose defendant's name, address, telephone number, email, social media username, or any other identifying information, other than defendant's IP address, that it may subsequently learn. All documents including defendant's identifying information, apart from his or her IP address, shall be filed provisionally under seal, with all such information redacted on the public docket, and whatever party files a document containing such information shall seek judicial approval to file it permanently under seal.

Dated:  February 15, 2018

_____
Hon. Andrew G. Schopler
United States Magistrate Judge