J. Curtis Edmondson, CSB# 236105
Kiren Rockenstein, CSB# 312301
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 75.80.13.105

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 17-cv-2315-MMA-AGS |
| Plaintiff, | |
| vs. | **NOTICE OF DEFENDANT JOHN DOE'S RULE 68 OFFER OF JUDGMENT** |
| JOHN DOE subscriber assigned IP address 75.80.13.105, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that JOHN DOE subscriber assigned IP address 75.80.13.105 has served on Plaintiff an Offer of Judgment pursuant to FRCP Rule 68. A declaration from JOHN DOE, attached to the Offer, is provided as **Exhibit 1**.

Respectfully Submitted,

Dated: March 21, 2018

*(signature)*

J. Curtis Edmondson
*Attorney for DOE*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2018, I served a copy of the foregoing Notice of *RULE 68 OFFER* by CM/ECF and mail on the following:

>Lincoln Bandlow
>Fox Rothschild LLP
>10250 Constellation Blvd., Suite 900
>Los Angeles, CA 90067

Dated: March 21, 2018

_____
J. Curtis Edmondson