# EXHIBIT 1

J. Curtis Edmondson, CSB# 236105
Kiren Rockenstein, CSB# 312301
Edmondson IP Law
Venture Commerce Center
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

Attorney for Defendant DOE 75.80.13.105

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.80.13.105,<br><br>Defendant | Case No.: 3:17-cv-02315-MMA-AGS<br><br>DECLARATION OF NON-INFRINGEMENT BY JOHN DOE, subscriber assigned IP address 75.80.13.105 |

I, JOHN DOE, subscriber assigned IP address 75.80.13.105, declare as follows:

1. I am a single, retired veteran. I am now 63 years old.
2. Until this lawsuit, I was unaware of the film studio Strike 3 Holdings, LLC. Until this lawsuit, I have never heard of Greg Lansky.
3. Until this lawsuit, I was unaware of the websites Vixen, Blacked, and Tushy. My understanding is that they are pornographic sites.
4. I have not downloaded or viewed any pornographic movies by Strike 3 Holdings, LLC from the internet.
5. This case has been a stressful experience and I do not have a lot of money for counsel. As a retired veteran, I am on a limited SSI income of less than $ 1,600.00 per month. My bank account is less than $5,000.00 and my IRA is about $10,000.00.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: March 20, 2018 at SAN DIEGO, CA, USA

_____DOE_____
John Doe
Declarant